

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00303-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5336
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On June 24, 2014, we ordered the Gillespie County District Clerk to file the clerk's record in this appeal by July 24, 2014. Neither the record nor a motion for extension of time to file the record has been filed.

We **order** the Gillespie County District Clerk to file the record by **August 11, 2014.** The court will not grant a further extension of time unless the Clerk (1) establishes there are extraordinary circumstances that prevent her from timely filing the record and (2) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court